389 A.2d 163

Commonwealth v. Chappelle, Appellant.

Submitted September 22, 1976. Andrew G. Gay and Edward F. Chacker, for appellant; Lynn Bennett, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN and SPAETH, JJ., dissent based on *Commonwealth v. Cathey,* 477 Pa. 446, 384 A.2d 589 (1978), and based on Judge Hoffman's dissenting opinion in *Commonwealth v. McNear,* 238 Pa.Super. 177, 179, 353 A.2d 39, 40 (1975).

WATKINS, former P. J., did not participate in the consideration or decision of this case.